# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Robin Dale Anderson, ) No. CV-08-1041PHX-DGC (JCG)
    Petitioner, ) **ORDER**
    v. )
Dora Schriro, et al., )
    Respondents. )

Pending before the Court are Petitioner Robin Dale Anderson's petition for writ of habeas corpus and United States Magistrate Judge Jennifer C. Guerin's Report and Recommendation ("R&R"). Dkt. ##1, 10. The R&R recommends that the Court deny the petition. Dkt. #10 at 18-19. The Magistrate Judge advised the parties that they had ten days to file objections to the R&R and that failure to file timely objections could be considered a waiver of the right to obtain review of the R&R. *Id.* at 19.

The parties did not file objections, which relieves the Court of its obligation to review the R&R. *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of an objection."); Fed. R. Civ. P. 72(b)(3) ("The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to."). The Court will accept the R&R and deny the Petition. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate"); Fed. R. Civ. P. 72(b)(3) ("The district judge may

1 accept, reject, or modify the recommended disposition; receive further evidence; or return
2 the matter to the magistrate judge with instructions.").

3 **IT IS ORDERED:**

4     1.     Magistrate Judge Jennifer C. Guerin's R&R (Dkt. #10) is **accepted**.

5     2.     Petitioner Robin Dale Anderson's petition for writ of habeas corpus (Dkt. #1)
6 is **denied**.

7     3.     The Clerk of Court shall **terminate** this action.

8 DATED this 22nd day of December, 2008.

David G. Campbell
United States District Judge